MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00306-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA AND SENTENCING HEARING |
| v. | |
| CHOK C. CHOW, | |
| Defendant. | DATE:  November 17, 2020<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edmund F. Brennan |

**STIPULATION**

 The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

 1.  By previous order, this matter was scheduled for a bench trial on November 17, 2020 at 10:00 a.m.

 2.  Since the status conference, the parties have reached an agreement that will resolve this case. By this stipulation, the parties now jointly move to vacate the bench trial and set a change

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER          1               U.S. V. CHOK C. CHOW

of plea and sentencing hearing on November 17, 2020 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: November 6, 2020          MCGREGOR W. SCOTT
                                 United States Attorney

                          By:    */s/ Alstyn Bennett*
                                 ALSTYN BENNETT
                                 Special Assistant U.S. Attorney


                                 */s/ Linda Allison*
                                 LINDA ALLISON
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 (*Per 11/06/2020 email authorization from Linda Allison*)


**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED, that the bench trial is vacated as set forth above, and a change of plea and sentencing hearing is set for November 17, 2020 at 10:00 a.m.

FOUND AND ORDERED this 6th day of November, 2020.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE